Willett Groover, Plaintiff in Error, v. James Neal, Defendant in Error.

Filed February 5, 1916.

Writ of Error to Circuit Court, Duval County; Daniel A. Simmons, Judge.

Judgment affirmed.

*Johnson & McIlvaine,* for Plaintiff in Error;

*Hilburn & Merryday,* for Defendant in Error.

---

W. S. Westcott and Patty Westcott, Appellants, v. Town of Orange Park, a Municipal Corporation, Appellee.

Filed February 8, 1916.

Appeal from Circuit Court, Clay County; George Couper Gibbs, Judge.

Judgment affirmed.